UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005 AHL3, OR U.S. BANK NA.<br><br>Plaintiffs,<br><br>v.<br><br>MACK WELLS and MAURICE SYMONETTE<br><br>Defendants. | N0.<br><br>MIAMI DADE COUNTY FLORIDA Eleventh Circuit District Court of Dade County Florida CASE NO: 010-61928-CA01<br><br>**NOTICE OF REMOVAL**<br>[28 USC 1441, 1332, 1446(a and d)]<br>[FLORIDA RULE OF JUDICIAL ADMINISTRATION .450]<br><br>15020 SOUTH RIVER DRIVEMIAMI DADE COUNTY FLORIDA 33167 |



FILED BY _____ D.C.

JUL 3 1 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

<u>**NOTICE OF REMOVAL**</u>

TO THE CLERK OF THE ABOVE-TITLED COURT, AND TO ALL PARTIES AND

THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to 8 U.S.C. §§ 1331, 1132, 1441(a), 1442, and 1446,

DEFENDANTS MACK WELLS AND MAURICE SYMONETTE NOTICE OF REMOVAL

<u>**INTRODUCTION**</u>

**1.** Plaintiff filed a Complaint in the Circuit Court of the Eleventh Circuit,
State of Florda, on

December 6, 2010. (A true, complete and correct copy of the Plaintiff's Complaint is attached

hereto as Defendants' **Exh. 56.** The same case, with the same principal parties and

some of the same issues, is currently before this Court as Case **No. 2010-61928-CA01**

-1-

## GROUNDS FOR REMOVAL

**2.** Pursuant to the Federal Question and Exclusive Jurisdiction Rule, this Court has jurisdiction over the case at bar because it is already before this Court as Case *No. 2010-61928-CA01* This Notice of Removal was timely filed not more than 30 days after service of the Complaint shown in **Exh. 50 page 1 and 2** along with **Exh. 56**. as Required by 28 U.S.C. § 1446, because the defendants have not yet been served with this Complaint. This Notice of Removal was timely filed not more than 30 days the Complaint shown in **Exh. 56** as Required by 28 U.S.C. § 1446, because the defendants have not yet been served with this Complaint because even though bank is reopening the Case according to Fl. Statute 1.420 U.S BANK IS CUTTING THROUGH ALL LAW PROTOCOL BECAUSE WHEN OUR CASE WAS REOPENED ON DOCKET DATED 06/06/23. AND A NEW NOTICE WAS NOTICED TO US 06/29/23, **EXH. 50**. AFTER JUDGE VIVIAN DEL RIO RECUSED GOT CAUGHT WITH U.S. BANK FINANCIAL CONFLICT OF INTEREST, **EXH. 49. PAGES 1-119.** SO SHE RECUSED HERSELF FROM OUR CASE AND THEN SHE CLOSED THE CASE IN ACCORDANCE WITH MY MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL AND RECONSIDER HER ORDER AND REVERT BACK TO JUDGE ZABEL'S ORDER OF DISMISSAL WITH PREJUDICE BY VACATING HER ORDER **EXH. 5.** AND SHE DID AND CLOSED THE CASE. BUT THEN THE CASE WAS REOPENED BY U.S. BANK ATTORNEYS ON, 06/13/23, **EXH. 66,** OF THE *2010-61928-CA01* after service of the Complaint shown in **EXH. 50. PAGES 1-2.** as Required by 28 U.S.C. § 1446,

**CASE IS PROPERLY REMOVABLE TO FEDERAL COURT** BECAUSE IT INVOLVES A CONTROVERSY BETWEEN CITIZENS OF DIFFERENT STATES AND AN AMOUNT IN CONTROVERSY THAT EXCEEDS $75,000, EXCLUSIVE OF INTEREST AND COSTS. SEE

U.S.C. §§ 1332, 1441, AND 1446. the date of this Case was started over it had  Federal Questions,

U.S. Bank NA. is owned by the CIC, EXH. 35, 38, THE CIC OR CHINESE INVESTMENT

CORPORATION IS OWNED BY CHINA, EXH. 39. With its principal place of business is in

CHINA WHOSE ADRESS IS NEW POLY PLAZA, NO. 1 CHAOYANGMEN BEIDAJIE,

DONGCHENG DISTRICT, BEIJING CHINA. 100010. MACK WELLS AND MAURICE

SYMONETTE ADDRESS IS 15020 SOUTH RIVER DRIVE MIAMI FLORIDA 33167 As such,

U.S. BANK is a citizen of CHINA, not Florida, for diversity purposes. See 28 U.S.C. § 1332(c).

10. The parties are therefore diverse. The Complaint alleges that Plaintiff is seeking "in excess of

NINE Hundred and Ninety one Thousand Dollars ($991,000,00,). Plaintiff is seeking to foreclose

for breach of contract, costs, and attorneys' fees pursuant to Fla. Stat. § 627.428.  Under 28 U.S.C.

·§ 1441(a), venue of the removed action is proper in this Court as a district or division embracing

the place where the state action is pending. The time withinwhich Defendants are required to file

this Notice of Removal in order to remove this cause to the Court has not yet expired. 14.

Attached as Exhibit "B" is a copy of the Certification of Notice of Removal, which will be filed by

Defendant in the pending State Action. 15. Attached as Exhibit "C" is a copy of the Notice of

Removal to Opposing Counsel, which will be filed by Hartford Fire in the pending State Action

respectfully requests that this Honorable Court exercise jurisdiction over this matter. 7/29/2023.


**JUDGE'S CONFLICTS OF INTEREST PLAYING TAG TEAM IN GROUPS WITH
JUDGES WITH THE SAME BIAS AND FINANCIAL CONFLICTS OF INTEREST IN
VIOLATION OF FEDERAL 28 U.S. CODE SS 455.**


IN VIOLATION OF FEDERAL LAWS TO HELP THE BANKS ILLEGALLY WIN AND

TAKE BLACK'S HOMES DISCRIMINATION AND FARA VIOLATIONS, ETC. defendant named in the Complaint shown in **Exh."56."** has been served. (A copy of the docket published by Dade County Florida today is attached hereto as **Exh. 56.** hereto **as Exh. 56.** Defendant MACK WELLS ·AND MAURICE SYMONETTE ('M and M") Hereby Pro Se removes this action from the Circuit Court of the Eleventh Circuit, DADE COUNTY State of Florda, on December 6,2010. to this Court. All other **defendants consent** to and join in this removal. Hereby file this statement on the grounds for removing this cause of action to the United States District Court for the Southern District of Florida, Miami Division together with a copy of all process, pleadings and Orders served upon ('M and M") in the state court case. In support of removal, ('M and M") states the following:1. On July 9, 2023, Plaintiff U.S. Bank. NA. Hereby called (USB) Called for a new hearing after three Judges on our Case Recused themselves who had matching Money Conflicts of interest, with U.S. Bank. Judges, Thomas William, **Exh. 8.** Valerie Manno Schurr **Exh. 4.** and Vivianne Del Rio, **Exh. 8**. after they got caught making Money with (USB), **Exh. 4 and 7**. the same (USB) they were the Judges on our Case for. They all then Closed the Case which Vacated all of their Orders and Reverted the case back to the Original Judge's Order which is Judge Sara Zabel's 2009 Order of Dismissal· with Prejudice, **Exh. 22.** Backed by the Docket 4/6/09 and signed by Judge Zabal, **Exh. 5.** IN ACCORDANCE WITH MY MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL AND RECONSIDER HER ORDER AND REVERT BACK TO JUDGE ZABEL'S ORDER OF DISMISSAL WITH· PREJUDICE BY VACATING HER ORDER **EXH. 5. AND THEY GRANTED MY MOTION THEREBY DISMISSING OUR CASE WITH PREJUDICE AND CLOSING THE CASE, EXH. 8 AND EXH. 49 IN ACCORDACE WITH FLORIDA 2.160 (H)(I)(J)** BUT THEN THE CASE WAS REOPENED BY U.S. BANK ATTORNEYS ON, 06/13/23, **EXH. 66,** OF THE *2010-61928-CA01* after service of the Complaint shown in EXH. 50 PAGES 1-2. as Required by 28 U.S.C. § 1446, But the date of

this Case was started over with Federal Questions, **FROM NEWLY DISCOVERED EVIDENCE IN ACCORDANCE WITH FEDERAL RULE 60 THAT HAS BECOME REMOVABLE TO FEDERAL COURT.**

By filing this Notice of Removal, Mr. Mack Wells and Maurice Symonette does not waive, and hereby reserves, any right to assert objections and defenses to the Complaint shown in **Exh. 56.**

## BACKGROUND

On 04/26/07 a Lis Pendens filed without a Complaint Case number 2007-12407-CA01 and without notice to us concerning a Mortgage and Note Leroy Williams. We did a QWR Request and U.S. Bank would not bring in the Complaint, Note, Allonge, Mortgage Assignment And that Case was Dismissed with Prejudice. And then another Judge named Valerie Manno Schurr exactly one year later dismissed the Case with Prejudice again 04/06/2007 **Exh. 6.** Dismissed with Prejudice and then three months later it was Dismissed without Prejudice to subvert and get rid of Judge Zabel's Dismissal with Prejudice that was supposed to end the Case forever but now the 2007 Case was given new life by Judge Valerie Manno Schurr who was not ever our Judge and we never had a Hearing in front of her yet now another Lis Pendens stemming from the same 2007 same Case was filed in 2010 with the Case number *2010-61928-CA01* but this time they brought in Fake U.S. Bank N.A. AS TRUSTEE FOR RASC 005 AHL3 Complaint, with the Note, Mortgage, Fake Allonge from Homecomings Financial LLC/ Residential Funding Corporation, **Exh. 30 and 32.** and Assignment, **Exh, 32.** and started the Foreclosure over again from the same 2007 case *007-12407-CA01* but now continued in 2010 with a new Case number *2010-61928-CA01* On June 30, 005, saying there was executed and delivered a Promissory Note ("Mortgage Note") and a Montage ("Mortgage") securing, the payment of the Mortgage Note. The Mortgage is'as recorded on July 9, 005, Official Records i3ook 3623 at Page 3231, of the Public Records of Miami Dade County, Florida, (All subsequent recording references are in the public records of MIAMI-DADE County, Florida) and mortgaged the real and personal property ("Property") described therein, then owned by and in possession of the Mortgagor(s). Copies of the original Mortgage Note and Mortgage are attached hereto

and incorporated herein as an Exh. 33. Mortgagee shown on the Mortgage attached as an exhibit is the original Mortgagee. The Property is now owned by Defendant(s), MACK WELLS AND MAURICE SYMONETTE AND CURTIS MCNEAL The Mortgage Note and Mortgage are in fake default. The required installment payment of January 1, 2007, they lie and was not paid, and no subsequent payments have been made. The Mortgage is fraudulently contractually due.

## THE PROPERTY IS NOW OWNED OF RECORD AND BY QUIT CLAIM DEED BY DEFENDANT(S), EXH. 28, pages i-6.  MACK WELLS MAURICE SYMONETTE AND CURTIS MC NEAL

.Wherein we the owners were making all payments Leroy Williams as as Quit Claim Partners on time to our Bank the **REAL** Bank **AXIOM FINANCIAL SERVICES,** with Receipts that shows up to May 30th 2007 Five months after the Foreclosure of 2007 was started, **Exh. 7.** And then out of nowhere we find out by mistake while Down Town checking on another House that our House was not only in a Fake Foreclosure but it was going on Sale in few days by a bank called U.S. Bank N.A. Owned by China, **Exh. 35, 36, 37 and 38.** In Violation of and 12 U.S.C. 632 (No Foreign Banks can file Foreclosure or Suits in State or County Courts must file in Federal Courts FARA). We had an emergency hearing with the original JUDGE Sarah Zabel we showed the Mortgage payment receipts and she stopped the Sale because on the Foreclosure lawsuit Docket there was no Complaint, Note, Allonge, Mortgage, Assignment and no Exhibits of proof of non-payment on the |Docket record of 2007-12407-CA01 up until this day the Judge was very upset because our Lawyer friend and me pointed out to her that she could get in trouble for signing a Judgement without the proper documents that were missing so Judge Zabel demanded that they bring in the documents and they never would finally she told us to type up an Order for Dismissal with Prejudice and she signed it in her chambers and she signed a copy of it,**Exh. 5.** in front of us as witnesses, **Exh. 22.** then she put it on the Docket Record dated 04/06/09 and she was relieved

because we daily had protesters from Black Democrats and White Republicans screaming Racism in front of the Courthouse daily. The JUDGE ZABEL said **"Congratulations the Lawyers would not follow my ORDERS so you Won the Property"!** And the Drama was over! We thought!! On July 9, 023, Plaintiff U.S. Bank. NA. Hereby called (USB) Called for a new hearing after three Judges on our Case Recused themselves who had matching Money Conflicts of interest, with U.S. Bank. Judges, Thomas William, **Exh. 8.** Valerie Manno Schurr **Exh. 4.** and Vivianne Del Rio, **Exh. 8.** after they got caught making Money with (USB), in Violation of Federal Rule 60 which says Judges can't have Conflicts of Interest, Exh. 4 and 7. the same (USB) they were the Judges on our Case for. They all then Closed the Case which Vacated all of their Orders and Reverted the case back to the Original Judge's Order which is Judge Sara Zabel's 009 Order of Dismissal with Prejudice, **Exh. 22.** Backed by the Docket 4/6/09 and signed by Judge Zabal, **Exh. 5**. **And then Secretly without Notice or a Hearing Valerie Manno Schurr** Dismissed the same Case with Prejudice unnecessarily and three months later Dismissed the same Case but Without Prejudice to overturn her and Judge Sarah Zabel's Orders and what's Crazy is this was from a Judge we had never met or had our Case heard in front of but yet she trickily changed JUDGE SARAH ZABEL'S Order from Dismissed with Prejudice to Dismissed WITHOUT Prejudice and then Secretly Without Notice to us the U.S. Bank Lawyers started another Case from the same CASE with Judge John Schlesinger who Illegally ruled against us while 6 other Judges Ruled against no matter how much we showed them that they had no Allonge, the wrong Assignment from the wrong Bank and all the receipts of payments that were on time with all of our payments. But finally, we Know why, it's because all these JUDGES are money Conflicted with these Banks and in business with these Bank. We never stood a chance but when we caught the last Judge Vivian Del Rio making money with U.S. Bank she Recused Herself and CLOSED the Case, **Exh. 8**. And this forth time now they bring in a Judge named Carlos Lopez who got over two million Dollars

CASH from U.S. BANK, **Exh. 10.** and so he quickly gave a Sale to U.S. Bank to keep his $2 million dollars so that the Developers can Gentrify and take our waterfront house to make them a waterfront property pure Evil! They want to just take and Steal our property without ever showing there proof and Standing to Foreclose and even though we have asked this Judge to Recuse and Vacate his Orders of a Foreclosure sale Date according to Florida Rule .160 (H) (I) (J) and he did that ORDER while Mack Wells was very sick and incapacitated and couldn't See or Breath and had to be rushed to the Hospital.

### WE NEVER STOOD A CHANCE BECAUSE ALL THE JUDGES

### AND OFFICIALS WHO HAVE BEEN WORKING THIS CASE

ARE BEING PAID BY U.S. BANK WHICH IS SERIOUS CONFLICT OF INTEREST WE MUST REMOVE TO FEDERAL COURT. FLORIDA RULE OF JUDICIAL ADMINISTRATION .450 FEDERAL 8 USC 1313 AND DISCRIMINATING AGAINST US BECAUSE WE ARE BLACK. THIS GIVES FEDERAL COURTS JURISDICTION OVER

COUNTY JUDGES DOMBROSWSKI V. PFISTER :: 380

*DADE COUNTY JUDGES ON 15020 SOUTH RIVER DR.MIAMI FL. 33167 WHO PLAYED COUR JUDGE TAG TEAM ON ALWAYS RULING IN U.S. BANK'S FAVOR STEALING. AND*

*NEVER FORCING. U.S. BANK  TO PROVE STANDING*

1. **SARAH ZABEL 4/7/09**--------------------------made 9 Million, Exh. 51. from US BANK

2. **VALERIE MANNO SCHURR 1/21/22**------made 12 Million' Exh. 6. from US BANK

3. **JOHN SCHLESINGER 12/19/2017**--made almost 9 Million, Exh. 53. from US BANK

4.  **SAMANTHA RUIZ COHEN 5/12/2021**---------over Million, Exh. 51. from US BANK

5.  **MIGUEL DE LA O 1/9/2019**------------Made almost 1Million, Exh. 59. from US BANK

6.  **VERONICA DIAZ 6/2/202Made0**---Made almost ½ Million, Exh. 52. from US BANK

7.  **VIVIANNE DEL RIO 5/4/2022**-------Made almost a Million, Exh. 49 from US BANK,

8.  **JUDGE CARLOS LOPEZ**----------- $2,077,949.00 CASH, Exh. 60. From U.S. BANK

## APPEALS JUDGES FOR 3RD DCA OF DADE COUNTY FLORIDA

A.  **BROWNWYN C. MILLER**---------------------- Made $95,000, Exh. 61. from US BANK

B.  **KEVIN MICHAEL EMAS**----------------------Made $225,310, Exh. 62. from US BANK

C.  **EDWIN SCALES**---------------------------------Made $22,543, Exh. 63. from US BANK

## CLERK OF COURT WHO CHOOSES JUDGES FOR CASES & FIXES THE DOCKET RECORDS AND DESTROYS AND HIDES THEM IN FAVOR OF THE BANKSTERS IN VIOLATION OF FLORIDA STATUTE OF CUSTODIAL REQUIREMENTS MAINTENANCE PRESERVATION AND RETENTION OF PUBLIC RECORDS FL. STAT. 119.021.

A.  **HARVEY RUVIN CLERK**-------------- --------Made $315,000, Exh. 64. from US BANK

## ADMINISTRATIVE JUDGE WHO COSIGNS THE CLERKS CHOICE OF JUDGE

B.  **ADMINISTRATIVE JUDGE BAILEY**---Made $222,000, Exh. 65. from US BANK AND ALWAYS COSIGNED THE CLERKS ASSIGNED JUDGES WITH JUDGES WITH US BANK'S $ CONFFLICTS OF INTEREST TO PILLAGE THE PEOPLE.

**Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of rights to assert any defense, including, but not limited to those defenses available under**

Rule 12 of the Federal Rules of Civil Procedure or otherwise.

## FEDERAL,   GROUNDS FOR REMOVAL

There are independent grounds for removing this case to federal court. First, this action is removable from this Court under 8 U.S.C. § 1331 because Plaintiff's Complaint presents a substantial and necessary federal question. U.S. Bank N.A. filed a Foreclosure Complaint in Case:2007-12407-CA01 **CASE FEDERAL ACCORDING TO FEDERAL RULE 13 (1).**

### BANKRUPTCY VIOLATIONS 11 U.S.C. SS 362(A).

1, Bankruptcy Judge Mindy Mora  After filing Bankruptcy under Judge Mindy Mora she became very hostile and already had a statement ready for a Hearing wherein she was supposed to make a decision from the testimonies of both sides but her statement was already ready to rule against the crippled old man Mack wells and she ruled in favor of U.S. Bank in opposition of what was correct and lawful in the Case and the reason for this we believe is because she is friends with Judge Laurel Isicoff who Dismissed Mack Well's Case much much earlier wrongfully because Judge Isicoff has a Horrific Financial Conflict of Interest with U.S. BANK and of almost $15 million with U.S. Bank, Exh. 47. And Judge Isicoff's brother owns the Eviction Company who took property off of our property while in Bankruptcy and said he can't get in trouble because his sister is the Chief Judge of the Federal Bankruptcy Courts. And he was right because Judge Isicoff instead of sanctioning her brother she exonerated him and kicked us out of the Bankruptcy Case. So when Mack Wells files Bankruptcy with Judge Mindy Mora's Court Who's friends with Judge Isicoff, Exh. 48. and now we ask Judge Mindy Mora to Recuse her in an Motion for Affidavit Recusal and Vacating of Orders Exh. 49. And we asked her to Produce her Financials and she would not Produce the information in Violation of Federal Code Sub Section 37. And then wrote

-10

an Order to stop anybody from filing Bankruptcy to save their interest in the house so that it can be used by Judge Carlos Lopez who has a $4 million Conflict of Interest with U.S. Bank and BBC real estate holders LLC. Who owns Trexstay who buys Foreclosure properties so that the Judges can steal from your home and can Pillage your home and then take your home in Violation of Judges having Conflicts of Interest according to Federal Code 60 and Florida Stat. 2.160 they're stealing property without having to physically fight over it under Color of Law by using Judges, eviction companies and the Police. Judge Carlos according to his Form 6 Financial Statement made $2 million seventy seven dollars cash from U.S. Bank and $1.8million with BBC who is Partners with Trexstays who buys Foreclosed the Properties after Judge CARLOS LOPEZ rules in US. BANK'S FAVOR and does the Foreclosure sale which all happening in Conjunction with the Law by Governor DeSantis called the Live Local act which allow properties to be turned into 15 story Condos for profit. A Trexstays Rep. came to my house to buy the house from me and offered me $2million because I was attacking the Judges in the Newspapers, Exh. (82-Back page of News Paper ad) so that I would stop telling on them to the Public to spoil their waterfront plan to build Waterfront properties Condos on Black People's Waterfront Property. There

was a Conspiracy between the County Court using interference after **BANKRUPTCY FILING** case # 23-12048-MAM While at the Dade County Court house when we were trying to file our Bankruptcy Stay Paper to stop the Sale of our home the subject of this Case, we were told by the Clerk at the Stephen P. Clark building on the 12th floor we were we in the wrong building to bring Bankruptcy papers in to stop the Sale on any house, however there was a Woman standing right beside us who was Filing her Bankruptcy papers and stopped her Sale, Exh. See: Gods2.com Video # , not only that, there were actual signs in the room where we were at that said File your Bankruptcy here, Exh. See: gods2.com But the lady would not allow us to stop the Sale there they made the Cripple man walk, across the street to file the BANKRUPTCY WE ALMOST MISSED THE DEADLINE and got

MACK WELLS SICK. Exh. See: Gods2.com Video #  , Mack wells filed a Bankruptcy November 13, 2018 before the sale of the house and informed the Clerks where the sale was taking place that the Bankruptcy was filed 8:53am in the Southern District of Florida Case number 18-2409-RM. EXH. (46), Judge

Isicoff's brother came in and pillaged the house taking boats and property without an evicting order and said again my sister is the chief Judge of the Bankruptcy court and when we filed against them in sanctions the sale was overturned, we kept the house but got no Sanctions in Violation of Bankruptcy Stay 11. U.S.C. ss 362(A).

**2. WE'RE SUING TO FEDERALLY QUIET THE TITLE TO U.S. BANK NA** AS TRUSTEE FOR RASC AHL3 BECAUSE THE MORTGAGE AND NOTE ARE A FANNIE MAE MORTGAGE AND NOTES AND FANNIE MAE IS THE U.S. FEDERAL GOVERNMENT. WHICH IS FEDERAL JURISDICTION. This is a Fannie Mae Loan and as indicated on bottom of the Note and Mortgage and Fannie Mae Loans Rules require that there must be loan the Loan number, Date and the printed name of the Signer as required by Federal Fannie Mae Rules B8-3-04 for Fannie Mae of which none of this is on the copy of the any Allonge recorded on the Docket, Exh (19). So this Case is VOID *DADE COUNTY JUDGES ON 15020 SOUTH RIVER DR.MIAMI FL. 33167 WHO PLAYED COURT   JUDGE TAG TEAM ON ALWAYS RULING IN U.S. BANK'S FAVOR STEALING. <u>FAVOR AND NEVER</u> FORCING THEM TO BRING IN PROOF OF STANDING TO FORECLOSE US EG. NO NOTE OWNERSHIP BECAUSE THE NOTE ASSIGNMENT CALLED ALLONGE TO THE PROMISSORY NOTE IS SIGNED BY ASSISTANT SECRETARY IN VIOLATION OF FLORIDA STATUTE 692.01 WHICH SAYS ONLY A PRESIDENT, VICE PRESIDENT OR A CHIEF EXECUTIVE OFFICER CAN SIGN AN ALLONGE AND FLORIDA STATUTE 692.101 (3) & (4) SAYS NO SCRETARY CAN SIGN AN ALLONGE. BUT THEY HAVE THE NERVE TO HAVE AN  ASSISTANT -*

*SECRETARY AS SIGNOR WITHOUT THEIR PRINTED UNDER THEIR UNREADABLE SIGNATURE IN VIOLATION OF* FLORIDA STATUTE **695.26 (1)(A)**. *AND WITH NO LOAN NUMBER, FLORIDA STATUTE OF WHICH ANY ONE OF THESE VIOLATIONS VOIDS THE ALLONGE (ASSIGNMENT), EXH. SO U.S. BANK NEVER GOT THE NOTE OR THE ASSIGNMENT OF MORTGAGE WAS FROM HOMECOMINGS THE ABSOLUTE WRONG BANK!! OUR BANK IS AXIOM FINACIAL SERVICES AND 2 YEARS LATER THEY DID A CORECTIVE ASSIGNMENT IN VIOLATION OF* MCCLEAN V. JP MORGAN *THAT SAYS BANKS CAN'T DO A FORECLOSURE COMPLAINT BEFORE THEY ARE ASSIGNED THE MORTGAGE AND ALLONGED TO THE NOTE,* FLORIDA STATUTE **702.015(4),***see: the ALLONGE* **Exh. 30.** *BUT WE CAN NEVER GET A CHANCE TO PROVE THESE FACTS*.

Fannie Mae and U.S. Bank NA who was noticed of my Claim on the Dade County Records which was before their publication of Foreclosure which by law would have stopped my Claim but the law says if they are notices up to 30 days after publication of the Foreclosure that the claim is still Good Fl. Statutes sub section 733.702 (1), and 733.2121 (3)(a) and 733.701 and cause of action with and all of this confusion is because U.S. Bank trickery. This is a Quiet Title Complaint Case which requires that U.S. Bank show a full chain of title which is Extrinsic Evidence according to 2005 Florida Code Civil Practice and Procedure Quieting Title, Fl. Stat. 65.021 and Federal 28 U.S. Code ss 2409a and Real estate; removing clouds,-- Chancery courts have jurisdiction of actions brought by any person or corporation, whether in actual possession or not, claiming legal or equitable title to land against any person or Corporation not in actual Possession, who has, appears to have claims an adverse legal or equitable estate, interest, or claim therein to determine such estate, interest, or claim and quiet or remove clouds from the title to the land. It is no bar to relief that the title has not been litigated at law or that there is only one litigant to each side of the controversy or that the adverse claim, estate, or interest is Void upon its face, or though not Void upon its face, requires Extrinsic

Evidence to establish its validity (Exh.105) and 65.041(3)(4)(3) REAL ESTATE REMOVING CLOUDS; THIS CASE WAS CLOSED AFTER JUDGE VIVIAN DEL RIO RECUSED, VACATED HER ORDERS AND REVERTED THE CASE BACK TO JUDGE SARAH ZABEL'S ORDER OF DISMISSED WITH PREJUDICE IN ACCORDANCE WITH OUR **MOTION TO RECUSE VACATE ORDERS AND REVERT BACK TO DISMISSED WITH PREJUDICE, EXH. 49.** WHEN OUR CASE WAS REOPENED ON DOCKET DATED 06/06/23. AND A NEW NOTICE OF HEARING WAS NOTICED TO US 06/29/23, EXH. 50. AFTER JUDGE VIVIAN DEL RIO'S COMPLAINT FROM OUR CASE THAT WE NEWLY DISCOVERED EVIDENCE IN ACCORDANCE WITH FEDERAL RULE 60 THAT HAS BECOME REMOVABLE TO FEDERAL COURT BECAUSE WE HAVE JUST FOUND OUT THAT THIS MORTGAGE IS A FEDERAL FANNIE MAE LOAN WHICH IS FEDERAL JURISDICTION, SEE BOTTOM OF THE NOTE AND MORTGAGE SAYS FANNIE MAE LOAN EXH. 33 AND 34. FEDERAL JURISDICTION. THIS IS WHY THEIR COMPLAINT NEVER MENTIONS THAT THE LOAN IS A FANNIE MAE LOAN TO KEEP SUITS COUNTY SO THEY CAN PAY JUDGES. BUT FANNIE MAE UNDER HUD REQUIRES THAT FANNIE MAE IS ON THE ASSIGNMENT (ALLONGE) FEDERAL FANNIE MAE RULE 8B-3-04 WHICH MAKES THIS CASE FEDERAL.

**3. VIOLATION OF FARA** LAWS AND VIOLATION OF FOREIGN BANKING LAWS 12 U.S.C. 632. VIOLATION OF LAWYERS FORGING JUDGES SIGNATURE ON JUDGES ORDER FEDERAL RULE 18 U.S. CODE SS 505 U.S. BANK IS A FOREIGN OWNED BY CHINA CHINESE BANK AND AS A FOREIGN AND FEDERAL **LAW 12 U.S.C. 1432b,** *U.S. Bank can do NO EVICTIONS from private residential  real property  in the United states under HUD Which is Fannie Mae under HUD and the Loan on this Mortgage on Mack Well's*

-14

*Home is a Fannie Mae Loan see the bottom of the the Note and Mortgage, Exh. , ( Overseas*

*Private Investment Corporation)* 22 U.S.C. 2183, NO STATE COURT PROCEEDINGS 12

U.S.C. 632, the real party of interest is Bank for International Settlement, Rothschild owns

12 U.S.C. 3105; 12 CFR .

. FORGING 4JUDGE'S SIGNATURE ON ORDERS FEDERAL 18 U.S. CODE SS 505.

WHEREIN JUDGE VALERIE MANNO SCHURR'S SIGNATURE WAS ON AN ORDER

TO DISMISS OUR CASE WITH PREJUDICE **EXH. 6**. AND **EXH. 44.** THEN A

DISMISSAL WITHOUT PREJUDICE AND THIS 2007 CASE NUMBER 2007-12407-CA01

WHICH CHEATED AND GAVE THEM THE RIGHT TO FORECLOSE IN *2010, 010-*

*61928-CA01* TO STEAL THE PROPERTY ANYWAY WHEREIN IN A ZOOM HEARING

WHEN JUDGE VALERIE MANNO SCHURR WAS CONFRONTED BY MAURICE

SYMONETTE AND MACK WELLS AS TO HOW SHE COULD CHANGE JUDGE

ZABEL'S DISMISSAL WITH PREJUDICED IN VIOLATION OF FORD V. CALLOWAY,

ACTING AS OUR JUDGE WHEN SHE WAS NEVER APPOINTED OUR JUDGE, EXH.

OR NEVER HAD A HEARING WITH US ESPECIALLY WHEN **HER FORM 6**

**FINANCIAL** DISCLOSURE AFFIDAVIT SAID SHE **GOT $995,000 FROM GMAC**

WHICH IS **U.S. BANK EXH. 6. LINE 8 AND EXH. 1.** AS A CONFLICT OF INTEREST.

SERVICER FOR U.S. BANK, EXH. 1, AND SHE RESPONDED ON CAMERA" I DID NOT

SIGN THOSE ORDER'S SIR" BUT WHEN I SHOWED HER FINANCIAL AFFIDAVIT

AND HER SIGNATURE ON THE ORDER, **EXH. 6.** AND **EXH. 44**. SHE SAID "OH MY

GOD, OK MR SYMONETTE IM GOING TO GIVE YOU TWO WEEKS TO FIGURE OUT

WHAT YOUR GOING TO DO" AND ENDED THE ZOOM HEARING, **EXH. SEE:**

**GODS2.COM VIDEO C.** SEE THE EXH.G1 ON GODS2.COM OF ALL THE AO'S FROM

2010 UNDER CHIEF JUDGE JOE BROWN THE JUDGE WHO APPOINTS JUDGES TO CASES NO WHERE WAS VALERIE MANNO SHURR APPOINTED IN ANY CASE IN 2010 SHE WAS JUST A REGULAR JUDGE AND JUDGE BAILEY SAID SHE DID NOT APPOINT HER AND SHE SAID SHE DID NOT SIGN THOSE ORDERS AND ALSO SAID SHE DID NOT SIGN THOSE ORDER AND IT ANGERED HER SO THE LAWYERS HAVE COMMITED FORGERY AND VIOLATION OF FEDERAL RULE WHEN SHE RECUSED HERSELF WHERE SHE WAS SUPPOSED TO SIGN THE DISMISSAL WITHOUT PREJUDICE AND THE DISMISSAL WITH PREJUDICE BUT WE COULD STILL SEE AND HEAR HER ON THE ZOOM SCREEN AND SHE TURNED AND SAID TO THE LAWYERS "I DON'T BELIEVE YOU LAWYERS HAVE SIGNED THOSE ORDERS FOR ME I DID NOT TELL YOU TO SIGN THOSE ORDERS FOR ME"! AND THEN THE SCREEN WENT OFF, ALL WITNESSED BY THREE PEOPLE. **EXH. 23. PAGES 1-3.** SEE WITNESSES WHO SAW AND HEARD THE JUDGE SAY THOSE WORDS **EXH.23**. AND SEE: **GODS2.COM VIDEO C.** AND SEE HER PANIC AND THE NEXT DAY SHE IMMEDIATELY RECUSED HERSELF VACATING HER ORDERS WHICH DESTROYED THE FORECLOSURE, **EXH. 8.** AND YOU KNOW WHAT I BELIEVE HER BECAUSE THE SIGNATURES DON'T MATCH HER SIGNATURES AND WE CHECKED THE RECORD FOR 2010 AND THERE IS ABSOUTELY NO ADMINISTRATING ORDER APPOINTER HER AS JUDGE ON THIS CASE SO SHE COULDN'VE SIGNED THAT ORDER THE LAWYERS SIGNED THAT ORDER YOU KNOW HOW WE KNOW BECAUSE SHE SAID SO

YET THE CHINESE OWNED (U.S. BANK) LAWYERS WENT ON ILLEGALLY FORECLOSING ANYWAY, **EXH. 4.** NOW IF JUDGE VALERIE MANNO SCHURR DID

NOT SIGN THOSE ORDERS OF DISMISSAL WITHOUT PREJUDICE THIS MEANS THAT JUDGE ZABEL'S ORDER OF DISMISSAL WITHOUT PREJUDICE STILL STANDS BECAUSE IT WAS THE FIRST AND IT WAS SUPPOSED TO BE THE LAST **EXH. 5**=AFFIDAVITS VERIFIED BY THE DOCKET OF **CASE 2007-12407-CA01** DOCKET DATED 04/06/2009 **EXH. 5**. **EXH. 1. PAGE 12.** AT THE TOP OF THE DEFAULT EXHIBIT LIST OF HOMECOMINGS / U.S. BANK EXHIBIT LIST **EXH. 1 PAGE 1.** EVENTHOUGH, WE SHOWED THE RECEIPTS FROM AXIOM BANK SHOWING OUR PAYMENTS WERE ALL ON TIME, TO AXIOM BANK FIVE MONTHS AFTER THE FRAUDULENT U.S. BANK'S COMPLAINT, **EXH. 56. SAID ON THE 1ST** PAGE **LINE 6.** THAT WE DEFAULTED JAN. 1ST 2007 LIKE HOMECOMINGS SHOWED IN THEIR FAKE DEFAULT OF JAN. 1ST 2007 ON **EXH. 1. PAGE 12.** OF U.S. BANK, WHILE THE AXIOM PAID REAL RECEIPTS SAID MAY 30TH 07=FIVE MONTHS AFTER THEIR FORECLOSURE STARTED AND WHEN WE DISCOVERED U.S. BANK ATTYS. DID A CORRECTIVE ASSIGNMENT FROM AXIOM BANK, **EXH. 31.** WHICH SAID IN PARAGRAPH FOUR THAT HOMECOMINGS IS NOT A VALID ENTITY (THE WRONG BANK) BUT THEY'RE STILL FORECLOSING WITH A HOMECOMINGS FRAUDULENT ASSIGNMENTS TO U.S. BANK PHONEY DOCS IN THAT THE AXIOM ASSIGNMENT WHICH KILLED HOMECOMINGS ASSIGNMENT TO AXIOM BANK DOESN'T HAVE A NOTARY SEAL, NO COMMISSION NUMBER NO PREPARA AND THE NOTARY ON THE ASSIGNMENT IS A FAKE NOTARY STAMP BECAUSE THE FL. STAT. SAYS IT MUST CONTAIN THE COMMISSION OR ID NUMBER, TO IDENTIFY THE PERSON WHO MIGHT NEEDED TO VERIFY S I G N O R  I N  COURT, IN VIOLATION OF F.S. 117.05 (3)(A) AND F.S. 695.26 (1). SEE EXH. 31. THE POST-OFFICE ADDRESS OF EACH SUCH PERSON IS LEGIBLY PRINTED, TYPEWRITTEN, OR STAMPED UPON SUCH INSTRUMENT

ALL IN VIOLATION OF F.S. 695.01 (1) AND F.S. 695.26 (1) (A) AND F.S. 494. 0075 (5) AND F.S. 701.02(1')(2)(3), EXH. 32. SO THE AXIOM BANK ASSIGNMENT IS FRAUDULENT AND FAKE. SO THERE IS NO ASSIGNMENT TO U.S. BANK.

**6. VIOLATION OF THE GAAP, AND FAS FEDERAL RULES** U.S. BANK NA IS CLAIMING TO BE THE TRUSTEE FOR THE TRUST AND OWN THE NOTE ON THE STOCK MARKET DEFRAUDING THE S.E.C. AND THE GAAP RULES SAYS THAT ONCE THE NOTE BECOMES A STOCK OR A BOND THE NOTE MUST BE BURNED OR DESTROYED BECAUSE YOU CAN'T HAVE A STOCK AND A NOTE IN EXISTENCE AT THE SAME TIME BECAUSE THAT IS DOUBLE DIPPING AND ONCE THE STOCK IS DESTROYED THE INSURANCE FOR THE STOCK PAYS THE STOCK OFF AND YOU CAN NO LONGER FORECLOSE, SALE OR ASSIGN THAT NOTE. YET THEIR FORECLOSING.

**7. VIOLATION OF 12 U.S.C 6505 (E) (1) (B) WHICH IS QUALIFIED WRITTEN REQUEST (QWR)** ON THE CASE 007-12407-CA01 DOCKET DATE 06/06/07, 08/24/07, AND ON THE 2010 CASE 2010-61928-CA01 ON DADE COUNTY DOCKET WE DID A (QWR) IN THIS CASE 04/11/11 CASE # 2010-61928-CA01 AND U.S. BANK NEVER RESPONDED TO NEIGTHER THE 2007 CASE OR THE 2010 CASE WHICH IS THE SAME CASE BECAUSE THE 2OO7 CASE WAS DISMISSED WITH PREJUDICE, EXH. 5. AND THEN DISMISSED WITH PREJUDICE AGAIN, EXH. 42. AND THEN DISMISSED WITH OUT PREJUDICE, EXH. 43. AND THEN AND THEN THE CASE WAS STARTED OVER AGAIN 12/06/10 AS CASE # 2010-61928-CA01 AND WE (DID ANOTHER (QWR) REUEST OF PROOF OF OWNERSHIP REQUEST FOR PROOF OF U.S. BANK'S OWNERSHIP OF THE NOTE EXH. 46. ON THE 2ND PAGE IS THE

(QWR). AND U.S. BANK NEVER ANSWERED IN VIOLATION OF TILA AND SS 1024.35 THIS IS IN VIOLATION OF TILA LAWS UNDER 15 U.S.C SS 1692a(3) 15 U.S.C 1692a(5).

**8.**   VIOLATION OF THE 14th AMENDMENT TITLE 18 U.S.C. DISCRIMINATION DOMBROWSKI V. PFISTER::380 U.S. 479 (1965) BY MAKING IT LEGAL TO TAKE BLACK PEOPLE'S PROPERTY USING THE COMMIONERS PASSING NEW UN CONSTITUTIONAL UNSAFESTRUCTURE LEGISLATION THAT ALLOWS THE GOV. AND POLICE TO TAKE YOUR PROPERTY WITHOUT DUE PROCESS USING SLAVE LAWS CALLED THE BLACK CODE  THAT BLACK PEOPLE ARE NOT ALLOWED TO OWN PROPERTY. SO AFTER THE JUDGES LOOSE FORECLOSURE CASE AGAINST US IN VIOLATION OF DOMBROWSKI V. PFISTER. 380 U.S. 479 (1965) AND THE 14th AMENDMENT, SEE: GODS2.COM VIDEO H.

This Case arises out of U.S. Bank's Foreclosure Fake Complaint Case # 2010-61928-CA01 Document 1 Entered on FLSD Docket 09/17/2023 Plaintiff's lawsuit arises out of a Fraudulent Foreclosure Case ('M and M') denial of Plaintiff's claims" The lawsuit is pending in the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida under Case No. 2010-61928-CA01 ("State Action"). We have timely filed this Notice of Removal within 30 days of service in accordance with 8 U.S.C. § 1446 (b). 5. Pursuant to 8 U.S.C. § 1446(a), requiring a copy of all process, pleadings, and orders served upon Plaintiff to be included with a notice of removal, the Complaint and Summons are attached as Exhibit

"A". No other documents have been served on ('M and M").

**WHEREFORE,** WHEREFORE, MR. MACK WELLS AND MAURICE SYMONETTE, REMOVES THIS ACTION FROM THE ELEVENTH CIRCUIT COURT OF DADE COUNTY FLORIDA BEARING CIVIL CASE NO. 2010-61928-CA01 TO THIS COURT PURSUANT TO 28 U.S.C. §§ 1441, and 1446. Defendant, MACK WELLS AND MAURICE SYMONETTE, "Prayer for Relief". 13. Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as a district or division embracing the place where the state **CASE IS PROPERLY REMOVABLE TO FEDERAL COURT** BECAUSE IT INVOLVES A CONTROVERSY BETWEEN CITIZENS OF DIFFERENT STATES AND AN AMOUNT IN CONTROVERSY THAT EXCEEDS $75,000, EXCLUSIVE OF INTEREST AND COSTS. SEE U.S.C. §§ 1332, 1441, AND 1446. Venue is proper in division in accordance with 28 U.S.C. §2 respectfully requests that this Honorable Court exercise Jurisdiction over this matter. Dated: July 6th, 2023. Respectfully submitted. All Defendants have consented to and join in the removal of the State Court Action. The written consent and joinder of all other defendants is attached to this Notice. Ex. 42.

+-

Dated: Miami, Florida
June 29th 23.

MACK WELLS
15020 S. RIVER DR.
MIAMI, FL 33167

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI, FL 33167

## CERTIFICATE OF SERVICE

I hereby certify that July 31st , 2023, the foregoing Notice of Removal, and all exhibits thereto, were filed via this Court's electronic filing system and that copies of same were served upon all parties via overnight mail at the addresses listed in the Complaint:

> BROCK & SCOTT, PLLC
> Attorney for Plaintiff
> 2001 NW 64th St, Suite 130Ft. Lauderdale, FL 33309
> Phone: (954) 618-6955, ext. 6133
> Fax: (954) 618-6954
> FLCourtDocs@.brockandscott.com

> By /s/ Mehwish Yousuf
> Mehwish Yousuf, Esq.
> Florida Bar No. 92171

## SERVICE LIST

The following persons were served by e-mail:

> Deutsche Bank National Trust Company, as Trustee for Franklin Credit Trust Series Ic/o Jessica F. Watts, Esq.
> 19321 US Highway 19, Suite 512
> Clearwater, FL 33764

> eservice@quinnlegal.com; Km1ler@quinn1ega1.com

> Miami-Dade County, Floridac/o Altanese Phenelus, Esq. 111 NW 1st Street
> Miami, FL 33128 yvaldes@miamdade.gov

> U.S. Bank, National Association, as Trustee for RASC 005AHL3
> % Michael L. Eisenband, Esq. & Nicole
> R. Topper, Esq.500 E. Broward Blvd.,
> Suite 100
> Fort Lauderdale, FL 33394

BRFLeservice@B1ankRome.com; MEisenband@BlankRome.com; NToper@B1ankRome.com

MACK WELLS
15020 S. RIVER DR.
MIAMI, FL 33167

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI, FL 33167

-11-

98